UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60082-BLOOM/Valle

CLAUDE LETOURNEAU,
and CINDY LYNN THIBAULT,

    Plaintiffs,

v.

CITY OF PEMBROKE PINES,
and MELODIE CARPIO,

    Defendants.
_____/

# FINAL JUDGMENT

**THIS CAUSE** is before the Court upon Defendant City of Pembroke Pines' Motion to Dismiss Second Amended Complaint With Prejudice ("Motion"), ECF No. [17]. For the reasons given in the Court's Omnibus Order on Motions to Dismiss Second Amended Complaint, the Court **GRANTS** the Motion, and enters a **FINAL JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in favor of Defendant City of Pembroke Pines and against Plaintiffs Claude Letourneau and Cindy Lynn Thibault on all claims asserted by Plaintiffs in the Second Amended Complaint, ECF No. [15].

**DONE AND ORDERED** in Miami, Florida this 4th day of April, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record