UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-cv-60082-BB

CLAUDE LETOURNEAU,
and CINDY LYNN THIBAULT,

    Plaintiffs,

    v.

CITY OF PEMBROKE PINES, FLORIDA,
and MELODIE CARPIO,

    Defendants
_____/

## DEFENDANT CARPIO'S PROPOSED NEUTRAL STATEMENT

Defendant Carpio files this proposed neutral statement to read to the jury. In the conferencing process, Plaintiffs did not submit the version that Defendant Carpio requested. Carpio proposes the following:

The Plaintiffs, Claude Letourneau and Cindy Thibault and Defendant Melodie Carpio have stipulated a federal statute entitled "The Driver's Privacy Protection Act" was violated by Melodie Caprio. Defendant Carpio improperly accessed a law enforcement database, the Driver and Vehicle Information Database or DAVID to examine certain personal information on the database about Plaintiffs.

DAVID access is limited by federal law for specific permissible reasons. Defendant Carpio misused the federal statute by using the database for a purpose not permitted. Plaintiffs are requesting that you award actual damages and impose punitive damages. Defendant Carpio is requesting that you award no actual damages and impose no punitive damages.

Respectfully submitted,

BUSCHEL GIBBONS, P.A.
COUNSEL FOR DEFENDANT CARPIO
ONE FINANCIAL PLAZA - Suite 1300
100 S.E. THIRD AVENUE
Fort Lauderdale, FL 33394
TEL: (954) 530-5301
Email: Buschel@BGlaw-pa.com
/s/ *Robert Buschel*
Robert C. Buschel, Esq.
Fla. Bar No: 0063436

### CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2017, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

BUSCHEL GIBBONS, P.A.

BY: /s/ Robert Buschel
ROBERT C. BUSCHEL

cc:
Michael Glasser
Rudenberg & Glasser
633 Southeast 3rd Avenue, #401
Fort Lauderdale, FL. 33301
Attorneys for Plaintiffs