**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-cv-60082-BLOOM/Valle**

CLAUDE LETOURNEAU,
and CINDY LYNN THIBAULT,

    Plaintiffs,

v.

MELODIE CARPIO,

    Defendant.

_____/

**FINAL JUDGMENT**

**THIS CAUSE** came on for trial before the Court and a jury, the Honorable Paul C. Huck, Senior District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, it is

**ORDERED AND ADJUDGED** as follows, consistent with the jury's verdict:

1. Judgment is entered in favor of Plaintiff Claude Letourneau and against Defendant Melodie Carpio in the amount of $7,500.00.

2. Judgment is entered in favor of Plaintiff Cindy Lynn Thibault and against Defendant Melodie Carpio in the amount of $7,500.00.

3. The Court reserves jurisdiction to award attorney's fees and other litigation costs reasonably incurred pursuant to 18 U.S.C. § 2724(b)(3) and costs pursuant to 28 U.S.C. § 1920.

4. Post-judgment interest shall accrue on this Judgment pursuant to 28 U.S.C. § 1961.

5. The Clerk is directed to mark this case **CLOSED.**

Case No. 17-cv-60082-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida, 10th day of January, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record