UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 17-cv-60082-BLOOM/Valle**

CLAUDE LETOURNEAU,
and CINDY LYNN THIBAULT,

    Plaintiffs,

v.

MELODIE CARPIO,

    Defendant.

_____/

## AMENDED FINAL JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiffs' Motion for Attorney's Fees and Costs, ECF No. [105]. For the reasons given in the Court's Order Adopting Magistrate Judge's Report and Recommendation, the Court **GRANTS in part** the Motion for Attorneys' Fees and Costs. Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

1. **FINAL JUDGMENT** pursuant to Rule 58 of the Federal Rules of Civil Procedure is entered in favor of Plaintiffs Claude Letourneau and Cindy Lynn Thibault and against Defendant Melodie Carpio in the amount of **$32,073.57.**

2. Post-judgment interest shall accrue on this Final Judgment pursuant to 28 U.S.C. § 1961.

**DONE AND ORDERED** in Miami, Florida, this 29th day of June, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 17-cv-60082-BLOOM/Valle

Copies to:

Counsel of Record